## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Scott Loewenstine, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:17-cv-403 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | |
| Open Mortgage, LLC | : | Magistrate Judge Deavers |
| | : | |
| Defendant. | : | |

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Scott Loewenstine, by and through the undersigned counsel, to hereby give the Court notice of dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) of his claims against Defendant Open Mortgage, LLC in the above-captioned matter. All parties to bear their own attorneys' fees and costs, except as otherwise agreed. Consistent with *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), the parties agree that the Court shall retain jurisdiction to enforce the terms of this dismissal.

Respectfully submitted,

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**Coffman Legal, LLC**
1457 S. High St.
Columbus, OH  43207
Telephone:   614.949.1181
Facsimile:   614.386.9964
E-mail:   mcoffman@mcoffmanlegal.com

Peter Contreras (0087530)
**Contreras Law, LLC**
PO Box 215
Amlin, Ohio 43002
Phone: 614-787-4878
Fax: 614-923-7369
Email: peter.contreras@contrerasfirm.com

*/s/ Michael T. Short*
Michael T. Short (0069409)
Littler Mendelson, P.C.
21 East State Street, 16th Floor
Columbus, Ohio 43215
Telephone:   614.463.4226
Facsimile:   614.737.5321
Email: mshort@littler.com
*Attorneys for Defendant*

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 3, 2017 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record of all parties.

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman